[No. 3220–2.  Division Two.  February 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES E.
TOLLIVER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 25029, Willard J. Roe, J., entered March 22, 1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Soule, J.

[No. 2619–2.  Division Two.  February 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK
MAHONY, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. C–5488, Robert A. Hannan, J., entered October 28, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 2109–3.  Division Three.  February 27, 1978.]

BYRON BENEDICT, ET AL, *Respondents,* v. CARROLL
JOHNSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Asotin County, No. 9562, Gordon Swyter, J., entered September 1, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.